PHILIP H. HOVER, Respondent, *v.* MARTHA HOVER, Respondent; DANIEL G. BOGERT et al., as Executors and Trustees of LOUISA M. BOGERT, Deceased, Appellants.

*Hover* v. *Hover,* 21 App. Div. 565, affirmed.
(Argued March 2, 1898; decided March 22, 1898.)

APPEAL, by certification, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1897, affirming an order of Special Term denying a motion for an order requiring plaintiff to assign to defendants a bond and mortgage.

The questions certified were as follows:

I. Is either the plaintiff or the defendant Martha Hover entitled to urge, in opposition to the application of the defendants Bogert and Pope, as executors, etc., for subrogation to

the plaintiff's rights under the mortgage, the equities of Martha Hover? If the question be answered affirmatively:

II. Are the equities of the defendant Martha Hover such as to justify the court in denying the application of the defendants Bogert and Pope for subrogation to the plaintiff's rights under the mortgage?

*De Witt Bailey* for appellants.

*Lyman B. Bunnell* for plaintiff-respondent.

*Alfred R. Bunnell* for defendant-respondent.

Order affirmed, with costs, on opinion below, and the questions certified answered in the affirmative.

All concur, except GRAY, J., absent.